UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BENETHER VAUGHN,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:25-cv-00144-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Pending before the Court is the parties' stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from May 17, 2025, to July 16, 2025.  (Doc. 15).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **July 16, 2025**.  The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 10 at 2).

IT IS SO ORDERED.

Dated:   **May 15, 2025**                              _____
                                                                    UNITED STATES MAGISTRATE JUDGE