UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BENETHER VAUGHN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00144-JLT-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 17) |

　　　　Plaintiff Kim Benether Vaughn seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1).

　　　　Pending before the Court is the parties' second stipulated request to extend Plaintiff's deadline to file a motion for summary judgment from July 16, 2025, to September 15, 2025, filed on July 15, 2025. (Doc. 17). For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED Plaintiff shall file a motion for summary judgment by no later than **September 15, 2025**. The time for filing a response and any optional reply brief remains as set by the scheduling order. *See* (Doc. 10 at 2).

IT IS SO ORDERED.

　　Dated:　**July 16, 2025**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE