1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE
   Head of Program Litigation 1
3  Social Security Administration | Law & Policy
   ANGELA THORNTON-MILLARD, (IA, 17922)
4  Special Assistant United States Attorney
   Program Litigation 1
5  Social Security Administration | Law & Policy
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (816) 936-5079
   angela.thornton-millard@ssa.gov
8
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| KIM BENETHER VAUGHN, | Civil No. 1:25-CV-00144-JLT-CDB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [~~PROPOSED~~] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                     Respectfully submitted,

Dated: November 14, 2025        PIERRE PIERRE LAW, P.C.

                                    By:*/s/ Nikhil Agharkar*  
                                       NIKHIL AGHARKAR  
                                       Attorneys for Plaintiff  
                                       [*As authorized by e-mail on November 14, 2025]

Dated: November 14, 2025

                                                    Respectfully submitted,

                                                     ERIC GRANT  
                                                   United States Attorney

                                                   MATHEW W. PILE  
                                                 Head of Program Litigation 1  
                                                 Social Security Administration | Law & Policy

                                                 By: s/ *Angela Thornton-Millard*  
                                                 ANGELA THORNTON-MILLARD  
                                                 Special Assistant United States Attorney  
                                                 Program Litigation 1  
                                                 Social Security Administration | Law & Policy

                                                 Attorneys for Defendant

## **ORDER**

Pursuant to stipulation,

    IT IS SO ORDERED.

    Dated:  **November 14, 2025**                                                               
                                                               UNITED STATES DISTRICT JUDGE