UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BENETHER VAUGHN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, FRANK BISIGNANO | ) CIVIL NO. 1:25-cv-00144-JLT-CDB <br> ) <br> ) <br> ) <br> ) **[PROPOSED] ORDER GRANTING** <br> ) **STIPULATION FOR THE AWARD** <br> ) **AND PAYMENT OF ATTORNEY** <br> ) **FEES AND EXPENSES PURSUANT** <br> ) **TO THE EQUAL ACCESS TO** <br> ) **JUSTICE ACT.** <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Based upon the Joint Stipulation For the Award and Payment of Equal Access to Justice Act (EAJA) Fees, Costs, and Expenses, IT IS ORDERED that fees in the amount of $7,700.00 in fees and $405.00 in costs, as authorized by 28 U.S.C. §§ 2412, 1920, be awarded subject to the terms of the Joint Stipulation.

IT IS SO ORDERED.

Dated:   **February 10, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE